# Order

Michigan Supreme Court
Lansing, Michigan

December 14, 2018

Stephen J. Markman,
Chief Justice

158750(79)

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

ROSA WOODS,
   Plaintiff-Appellant,

and

ROSETTA HALL,
   Plaintiff,

v

            SC: 158750
            COA: 338139
            Wayne CC: 16-006341-CH

RE INVESTMENT, INC.,
   Defendant,

and

CITIFINANCE, INC., CITIMORTGAGE, INC.,
and CITI, INC.,
   Defendants-Appellees.
_____/

   On order of the Chief Justice, the motion of defendants-appellees to extend the time for filing their answer is GRANTED. The answer will be accepted as timely filed if submitted on or before January 10, 2019.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 14, 2018



Clerk